UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| STACEY LEE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>　　　　　Defendant. | Case No. 5:24-cv-1816-KK (DTBx)<br><br>**ORDER RE: STIPULATION TO DISMISS ACTION**<br><br>Judge:　Hon. Kenly Kiya Kato<br>Magistrate Judge:　Hon. David T. Bristow<br><br>Action Filed:　August 21. 2024 |

1  IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties this
2  action is dismissed in its entirety with prejudice.  Each party shall bear her/its own
3  costs and attorneys' fees.
4
5  **IT IS SO ORDERED.**
6
7  DATED: February 3, 2025    _____
8                              THE HON. KENLY KIYA KATO
                                UNITED STATES DISTRICT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28